IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SIMMONS,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SIMPSON HOUSE, INC. *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>No. 15-06636 |

## ORDER

**AND NOW**, this 18th day of November, 2016, after consideration of Defendant Dr. Waheeda Ali's Motion to Dismiss Plaintiff's Second Amended Complaint, (ECF No. 60), and John Simmons's Response, (ECF No. 62), it is **ORDERED** that the motion is **GRANTED** and Simmons's claims against Dr. Ali are **DISMISSED** with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.