## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN SIMMONS,

*Plaintiff,*

v.

SIMPSON HOUSE, INC., *et al.,*

*Defendants*.

CIVIL ACTION
No. 15-06636

## ORDER

**AND NOW**, this 30th day of March, 2017, upon consideration of Defendant

Prime Healthcare Services-Roxborough, LLC's Motion to Dismiss, (ECF No. 79), and

Plaintiff John Simmons's Response, (ECF No. 81), it is hereby **ORDERED** that the

motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.