IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN SIMMONS,

    *Plaintiff*,

  v.

SIMPSON HOUSE, INC., *et al.*,

    *Defendants*.

CIVIL ACTION
No. 15-06636

## <u>ORDER</u>

**AND NOW**, this 10th day of April, 2017, upon consideration of Kindred Hospital-South Philadelphia and Kindred Healthcare Inc.'s motion to dismiss, (ECF No. 82), and Plaintiff John Simmons's response, (ECF No. 83), it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. Counts 5, 6, 12, 14 and 15 are **DISMISSED** without prejudice. Defendant's motion to dismiss Counts 11 and 13 is **DENIED**.

                                            BY THE COURT:

                                            ***/s/ Gerald J. Pappert***
                                            GERALD J. PAPPERT, J.